IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID NIEVES,

    Petitioner,

v.           CASE NO. 1:11-cv-235-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 8, Respondent's first motion for an enlargement of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1. Respondent's Motion For Extension of Time, Doc. 8, is **GRANTED**.

2. Respondent shall file its response **on or before March 14, 2012**.

2. Petitioner shall have until **April 13, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 14th day of February, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge