IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID NIEVES,

    Petitioner,

v.                                CASE NO. 1:11-cv-235-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This case is before the Court on Doc. 10, Respondent's second motion for an enlargement of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1.     Respondent's Second Motion For Extension of Time, Doc. 10, is **GRANTED**.

2.     Respondent shall file its response **on or before April 13, 2012**.

3.     Petitioner shall have until **May 14, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 15th day of March, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge