IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID NIEVES,

    Petitioner,

v.          CASE NO. 1:11-cv-235-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 12, Respondent's third motion for an enlargement of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1. Respondent's Third Motion For Extension of Time, Doc. 12, is **GRANTED**.

2. Respondent shall file its response **on or before May 14, 2012**.

3. Petitioner shall have until **June 13, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 16th day of April, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge