IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID NIEVES,

    Petitioner,

v.                                          CASE NO. 1:11-cv-235-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 16, Respondent's fifth motion for an enlargement of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1. Respondent's Fifth Motion For Extension of Time, Doc. 16, is **GRANTED**.

2. Respondent shall file its response **on or before July 17, 2012**.

3. Petitioner shall have until **August 16, 2012,** to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 15th day of June, 2012.

                                           *s/ Gary R. Jones*
                                           GARY R. JONES
                                           United States Magistrate Judge