IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID NIEVES,

    Petitioner,

v.                                                  CASE NO. 1:11-cv-235-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER

This matter is before the Court on Doc. 22, Petitioner's Objection to Any Further Motion for Extension of Time. Petitioner requests the Court to deny any further motion by Respondent for an extension of time to file a response. However, Respondent filed a response to the petition on July 31, 2012.

Upon due consideration, it is **ORDERED:**

Petitioner's motion to deny any further extension of time for Respondent's reply, Doc. 22, is **DENIED AS MOOT.** Petitioner shall have until August 30, 2012, to file a reply, if he chooses to do so.

**DONE AND ORDERED** this 3rd day of August, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge