IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID NIEVES,

    Petitioner,

v.                                               CASE NO. 1:11-cv-235-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 24, Petitioner's Motion for Extension of Time to file a reply. Petitioner requests a thirty-day extension of time to file a reply.

Upon due consideration, it is **ORDERED** that:

1.     Petitioner's Motion For Extension of Time, Doc. 24, is **GRANTED**.

2.     Petitioner may file his reply **on or before October 1, 2012**.

**DONE AND ORDERED** this 7th day of September, 2012.

                                                    *s/ Gary R. Jones*
                                                    GARY R. JONES
                                                    United States Magistrate Judge